UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Daniel Nazario,<br><br>    Plaintiff,<br>  v.<br><br>National Credit Audit Corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | Civil Action No.:  2:12-cv-03369-ES-CLW |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 30, 2012

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg & Associates LLC
1100 Summer Street
Stamford, CT 06905
Phone: (917) 981-0849
Fax:    (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 30, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By_/s/ Sofia Balile_____

            Sofia Balile