UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Daniel Nazario, | : |
| | : Civil Action No.: 2:12-cv-03369-ES-CLW |
| Plaintiff, | : |
| v. | : |
| | : |
| National Credit Audit Corporation; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against National Credit Audit Corporation with prejudice and without costs to any party.

| | |
|---|---|
| Daniel Nazario | National Credit Audit Corporation |
| /s/ Sofia Balile | /s/ Loree J. Shelko |
| Sofia Balile, Esq. | Loree J. Shelko, Esq. |
| NJ Bar No. 01093 | MCGUIREWOODS LLP |
| LEMBERG & ASSOCIATES | 1345 Avenue of the Americas, 7th Fl. |
| 1100 Summer Street, 3rd Floor | New York, New York 10105-0106 |
| Stamford, CT 06905 | (212) 548-2100 |
| (203) 653-2250 | Attorney for Defendant |
| Attorney for Plaintiff | |

SO ORDERED

**ESTHER SALAS, U.S.D.J.**